UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C., | ) ) ) |
| Plaintiffs, | ) Case No. 24-cv-04745 ) |
| v. | ) Judge Jeremy C. Daniel ) |
| MAULIK SHAH and MANC INC., | ) Magistrate Jeffrey Cole ) ) |
| Defendants. | ) ) |

### SUPPLEMENTAL DECLARATION OF KEVIN GEDEON

1. I, Kevin Gedeon, of Englewood, Colorado, declare as follows:

2. I make this declaration based on my personal knowledge and, if called on to testify, would testify competently as stated herein. This declaration supplements my previous declaration (Dkt. 19-3) submitted in support of Plaintiffs' Motion for Summary Judgment.

3. Plaintiff DISH Network L.L.C. ("DISH") is a Colorado limited liability company having its principal place of business in Englewood, Colorado.

4. Plaintiff Sling TV L.L.C. ("Sling") is a Colorado limited liability company having its principal place of business in Englewood, Colorado.

5. I am employed as the Manager of Fraud Investigations for DISH. I work in DISH's Signal Integrity Department, which is responsible for, among other things, investigating piracy including the unauthorized reception or retransmission of DISH Anywhere and Sling internet transmissions. I have been employed by DISH or its affiliate since 2003, and during that time have acquired knowledge and experience concerning the harm that piracy causes Plaintiffs. I am responsible for conducting investigations relating to the piracy of Plaintiffs' programming.

6. Plaintiffs deliver television channels to millions of authorized, fee-paying subscribers nationwide using the internet. Plaintiffs acquire the distribution rights to provide the

channels pursuant to license agreements between DISH and various rights holders. The channels are subject to copyright protections.

7. Defendants Maulik Shah and Manc Inc. trafficked in set-top boxes and internet streaming television services ("IPTV Services") that used Sling internet transmissions as the source for distributing the following 24 channels: BabyTV, Boomerang, TeenNick, Gusto, CNN, BBC World News, GAC Family, The Cowboy Channel, History, AMC+, FXX, Laff, Pursuit, VICE, Starz West, Showtime, Showtime Next, The Longhorn Network, NBA channel for the Milwaukee Bucks, NBA channel for the Chicago Bulls, NBA channel for the Utah Jazz, NBA channel for the Cleveland Caveliers, NBA channel for the Denver Nuggets, and NBA channel for the Detroit Pistons (collectively, the "Channels"), as established in Exhibits 1-2 (Dkt. 19-7 at 10-22, 32-45) to the declaration of Stephen Ferguson (Dkt. 19-6).

8. Defendants were not authorized by Plaintiffs to provide access to the Channels.

9. Plaintiffs provide the Channels to Sling subscribers in Blue, Orange, Entertainment Extra, Hollywood Extra, Kids Extra, Paramount+ with Showtime, and STARZ packages. The price for the Blue and Orange package is $60.99 per month, the Entertainment Extra package is $6.00 per month, the Hollywood Extra package is $6.00 per month, the Kids Extra package is $6.00 per month, the Paramount+ with Showtime package is $10.00 per month, and the STARZ package is $10.99 per month. Attached as **Exhibit 1** is a true a correct copy of relevant portions of screenshots from Sling's website (sling.com/programming) on February 6, 2025, showing prices for the packages.

10. Plaintiffs do not sub-license the Channels to other content providers. Rather, the value to Plaintiffs lie in having the rights to distribute and publicly perform the works airing on the Channels, which in turn enables Plaintiffs to attract new subscribers and retain existing subscribers. Consequently, it is not possible to compute Plaintiffs' actual damages caused by Defendants providing unauthorized access to the Channels based upon a hypothetical license fee model.

February 11, 2025.

_____
Kevin Gedeon

3

# EXHIBIT 1







Case: 1:24-cv-04745 Document #: 43-1 Filed: 02/12/25 Page 8 of 10 PageID #:1642









